IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ole  D.C.

05 NOV 22 PM 4: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| NELSON THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No. <u>05-2077 Ma V</u> |
| ) | |
| JOHN E. POTTER, Postmaster General, ) | |
| United States Postal Service, ) | |
| ) | |
| Defendant. ) | |

---

### ORDER GRANTING DEFENDANT'S MOTION
### FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S
### REQUEST FOR ADMISSIONS

---

Upon motion of the United States, it appears that Defendant will need additional time to respond to Plaintiff's Request for Admissions. For good cause shown, it is therefore

ORDERED that Defendant has until December 5, 2005, to respond to Plaintiff's Request for Admissions.

*Diane K. Vescovo*

~~Samuel H. Mays, Jr.~~ Diane K. Vescovo
United States District Court
U.S. Magistrate Judge

This document entered on the docket sheet in compliance
with ... and/or 79(a) FRCP on 11-23-05

13

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02077 was distributed by fax, mail, or direct printing on November 23, 2005 to the parties listed.

---

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Nelson Thompson
2786 Juanita Circle West
Memphis, TN 38133--487

Honorable Samuel Mays
US DISTRICT COURT